# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00121-CV

**State of Texas and Texas Department of Transportation, Appellants**

**v.**

**Signad, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001982, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants State of Texas and Texas Department of Transportation and appellee Signad, Ltd. filed a joint motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Joint Motion

Filed:   October 31, 2008